# Exhibit 1

US006972790B2

(12) **United States Patent**  (10) Patent No.: **US 6,972,790 B2**
Suska  (45) Date of Patent: **Dec. 6, 2005**

(54) **HOST INTERFACE FOR IMAGING ARRAYS**

(75) Inventor: **Mark Suska**, Ottawa (CA)

(73) Assignee: **Psion Teklogix Systems Inc.**, Mississauga (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 953 days.

(21) Appl. No.: **09/742,723**

(22) Filed: **Dec. 21, 2000**

(65) **Prior Publication Data**

US 2002/0080244 A1   Jun. 27, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/177,496, filed on Jan. 21, 2000.

(51) Int. Cl.[7] .............................................. H04N 5/228
(52) U.S. Cl. ............................... **348/222.1**; 348/230.1; 348/312; 348/231.6; 348/231.3
(58) Field of Search .......................... 348/231.6, 231.1, 348/231.9, 231.99, 222.1, 211.14, 207.2, 348/207.1, 230.1, 312, 231.3, 317

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,837,628 A | * | 6/1989 | Sasaki ...................... 348/220.1 |
| 5,786,851 A | * | 7/1998 | Kondo et al. ............. 348/222.1 |
| 5,801,773 A | * | 9/1998 | Ikeda ....................... 348/229.1 |
| 5,920,343 A | * | 7/1999 | Watanabe et al. ........ 348/222.1 |
| 6,021,449 A | * | 2/2000 | Chow et al. .................. 710/57 |
| 6,064,355 A | * | 5/2000 | Donahue et al. ............... 345/8 |
| 6,493,025 B1 | * | 12/2002 | Kiriyama et al. ......... 348/207.1 |
| 6,704,310 B1 | * | 3/2004 | Zimmermann et al. ..... 370/389 |
| 6,721,008 B2 | * | 4/2004 | Lee et al. .................... 348/302 |
| 6,833,862 B1 | * | 12/2004 | Li .......................... 348/207.99 |
| 2002/0101528 A1 | * | 8/2002 | Lee et al. .................... 348/304 |
| 2002/0191090 A1 | * | 12/2002 | Safai .......................... 348/239 |
| 2004/0004664 A1 | * | 1/2004 | Safai ..................... 348/231.99 |

FOREIGN PATENT DOCUMENTS

EP       0 932 302 A2     7/1999

OTHER PUBLICATIONS

OmniVision: "OV511 Advanced Camera to USB Bridge, Data Sheet Rev. 1.0", Jul. 17, 1998, OmniVision Technologies, XP002293773, * p. 6-p. 14 *, * tables 9-11 *, * figures 1-4, 6,10,12 *.

(Continued)

*Primary Examiner*—Thai Tran
*Assistant Examiner*—Nelson D. Hernandez
(74) *Attorney, Agent, or Firm*—Pearne & Gordon LLP

(57)   **ABSTRACT**

An interface for receiving data from an image sensor having an imaging array and a clock generator and for transferring the data to a processor system is described. The interface comprises a memory for storing the imaging array data and the clocking signals at a rate determined by the clocking signals. In response to the quantity of data in the memory, a signal generator generates a signal for transmission to the processor system and a circuit controls the transfer of the data from the memory at a rate determined by the processor system. The memory may be a first-in first-out (FIFO) buffer or an addressable memory. The interface is preferably integrated on the same die as the image sensor. The signal generator may generate either an interrupt signal for transmission to the processor system or a bus request signal for transmission to a bus arbitration unit for the processor system.

**21 Claims, 8 Drawing Sheets**



US 6,972,790 B2

Page 2

OTHER PUBLICATIONS

OmniVision: "OV7610 Single-Chip CMOS VGA Color Digital Camera, Datasheet V1.3", May 15, 1999, OmniVision, XP002293774, * p. 3-p. 11 *, * figure 1 *.

Texas Instruments: "TMS320C54x DSP Reference Set; vol. 1: CPU and Peripherals", Apr. 1999, Texas Instruments, XP002293775, * pp. 2-12 *, * pp. 2-14-pp. 2-15 *, * pp. 8-37-pp. 8-54 *, * pp. 9-33-pp. 9-55 * .

Fossum E. R. : "Digital Camera System on a Chip", IEEE Micro, IEEE Inc. New York, US, vol. 18, No. 3, May 1, 1998, pp. 8-15, XP000755752 ISSN: 0272-1732, * p. 12 * .

* cited by examiner



FIGURE 1



FIGURE 2



FIGURE 3



FIGURE 4



FIGURE 5



FIGURE 6



FIGURE 7



FIGURE 8

# HOST INTERFACE FOR IMAGING ARRAYS

This application claims the benefit of U.S. Provisional Patent Application Ser. No. 60/177,496 filed on Jan. 21, 2000.

## FIELD OF THE INVENTION

The invention relates generally to integrated electronic image sensing circuitry and more particularly to CMOS imaging circuitry.

## BACKGROUND OF THE INVENTION

Integrated circuit (IC) technology, applied to imaging, is revolutionizing that field. Semiconductors can be used to represent an image as an electrical signal. Charge coupled devices (CCDs) are the most significant commercial IC technology to date. However, when compared with CMOS technology, there are many advantages to producing CMOS image devices.

CMOS is a less expensive technology; CMOS employs fewer mask layers and is a more mature fabrication technology with greater commercial volume. CCD technology complexity causes lower fabrication yield. One of the main benefits of employing CMOS technology, compared to CCD, is the ability to include image-processing elements on the same substrate as the imaging circuitry.

On a monolithic semiconductor IC, with a surface coincident to an optical focal plane, photosensitive elements are employed in pixels that are arranged in an array of rows and columns. The basis for the pixels of CMOS technology is a photosensitive diode. In an active pixel arrangement each pixel photodiode is buffered from the shared readout components by an amplification stage.

IC image sensors of existing technologies provide video style output. In one example, such a sensor receives master clock input. The sensor derives data sample, line, and clocks from this master clock. These clocks, which correspond to pixel, row, and column, control the sampling rate of the imaging array. The pixel data of such a sensor is output at the same rate as it is sampled. The derived clocks are output as well to synchronize the data output. The result is a stream of synchronized pixel intensities comprising a video frame.

This output is incompatible with the data interface of commercial microprocessors, without the use of additional glue logic. A commercial microprocessor data interface consists of address and control output signals and data input/output signals. This configuration allows the processor to randomly access any word of data in memory by asserting various addresses.

In an image acquiring computer system based on such a sensor and such a processor, additional interface circuitry to respond to the sensor clock outputs to sample the video information, and to make this video data available in the memory space of the processor. Optionally, this interface circuit may include interrupt signals to the processor, and enough memory space for a number of pixels.

Such additional circuitry diminishes the benefit of a single substrate that integrates sensor and processing elements. The CMOS technology optimum cost benefit is not reached.

Therefore, there is a need for an interface which may be integrated with the imaging array which a system processor can access to directly receive imaging data.

## SUMMARY OF THE INVENTION

This invention is directed to an interface for receiving data from an image sensor having an imaging array and a clock generator, and for transferring the data to a processor system. The interface comprises a memory for storing the imaging array data and the clocking signals at a rate determined by the clocking signals. In response to the quantity of data in the memory, a signal generator generates a signal for transmission to the processor system and a circuit controls the transfer of the data from the memory at a rate determined by the processor system. The memory may be a first-in first-out (FIFO) buffer or an addressable memory.

The signal generator may generate an interrupt signal for transmission to the processor system or a bus request signal for transmission to a bus arbitration unit for the processor system. The circuit for controlling the transfer of the data may include a command decoder for receiving address and command signals from the processor system, a configuration register for storing configuration data for the FIFO buffer and a read control for controlling the read-out of the FIFO buffer, and may further include a bus command unit for receiving control of the system bus and providing an address for the data read-out from the memory.

In accordance with another aspect of this invention, an integrated semiconductor imaging circuit for use with an electronic processing system having a data bus comprises an imaging array sensor having an array of sensing pixels and an array address generator integrated on a die and an interface integrated on the same die. The interface is adapted to receive data from the imaging array sensor as determined by the imaging array and to transfer the data to the electronic processing system as determined by the electronic processing system. The interface may include a memory such as a FIFO buffer or an addressable memory for storing imaging array data and address signals at a rate determined by the imaging array sensor, and a circuit for controlling the transfer of the data from the memory means to the data bus at a rate determined by the electronic processing system. The imaging circuit may further include a bus arbitration circuit integrated on the same die and coupled to the circuit for controlling the transfer of the data.

In accordance with a further aspect of this invention, an integrated semiconductor imaging circuit for use with an electronic processing system having a data bus may comprise an imaging array of sensing pixels, a buffer for storing data received at an input port and for outputting data through an output port to the data bus, a circuit for transferring data from a selected pixel to the buffer input port, a circuit for determining the quantity of data in the buffer, a circuit for alerting the electronic processing system when the quantity of data in the buffer attains a predetermined level and a controller adapted to respond to the electronic processing system for controlling the transfer of the stored data through the buffer output port.

In accordance with another aspect of this invention, an integrated semiconductor imaging circuit for use with an electronic processing system having a data bus and a system address/control bus, may comprise an imaging array of sensing pixels, a buffer for storing data received at an input port and for outputting data through an output port to the data bus, a circuit for transferring data from a selected pixel to the buffer input port, a circuit for determining the quantity of data in the buffer, a controller for seeking control of the data bus when the quantity of data in the buffer attains a predetermined level and adapted to respond to the availability of the data bus for controlling the transfer of the stored

data through the buffer output port. The integrated semiconductor imaging circuit may further include a bus arbitration unit for receiving data bus control requests and for providing data bus control in response to a request, and the controller for receiving bus control comprising a register for storing and incrementing destination addresses, and a circuit for asserting the destination address and write controls on the system address/control bus.

In accordance with a further aspect of this invention, an integrated semiconductor imaging circuit for use with an electronic processing system having a data bus, may comprise an imaging array of sensing pixels, an addressable memory having a plurality of memory cells arranged in rows and columns for storing data received at an input port and for outputting data through an output port to the data bus, a circuit for transferring data from a selected pixel to a selected memory cell through the memory input port, a circuit for determining the quantity of data in the memory, a circuit for alerting the electronic processing system when the quantity of data in the memory attains a predetermined level, and a controller adapted to respond to the electronic processing system for controlling the transfer of the stored data through the memory output port.

In accordance with another aspect of this invention, an integrated semiconductor imaging circuit for use with an electronic processing system having a data bus and a system address/control bus, may comprise an imaging array of sensing pixels, an addressable memory having a plurality of memory cells arranged in rows and columns for storing data received at an input port and for outputting data through an output port to the data bus, a circuit for transferring data from a selected pixel to a selected memory cell through the memory input port, a circuit for determining the quantity of data in the memory, and a controller for seeking control of the data bus when the quantity of data in the memory attains a predetermined level and adapted to respond to the availability of the data bus for controlling the transfer of the stored data through the memory output port. The integrated semiconductor imaging circuit may further include a bus arbitration unit for receiving data bus control requests and for providing data bus control in response to a request, and the controller for receiving bus control comprising a register for storing and incrementing destination addresses, and a circuit for asserting the destination address and write controls on the system address/control bus.

Other aspects and advantages of the invention, as well as the structure and operation of various embodiments of the invention, will become apparent to those ordinarily skilled in the art upon review of the following description of the invention in conjunction with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be described with reference to the accompanying drawings, wherein:

FIG. **1** is a block diagram of a computer system utilizing the imaging array sensor;

FIG. **2** is a block diagram of an imaging array sensor including the interface of the present invention;

FIG. **3** is a block diagram of the pixel imaging array and access;

FIG. **4** is a block diagram of the video clock and array address generator;

FIG. **5** is a block diagram of a FIFO buffer;

FIG. **6** is a block diagram of a computer system with bus arbitration utilizing the imaging array sensor;

FIG. **7** is a block diagram of an imaging array sensor that includes an interface having bus arbitration circuitry; and

FIG. **8** is a block diagram of an imaging array sensor that includes an interface having an addressable memory.

DETAILED DESCRIPTION OF THE INVENTION

The imaging computer system illustrated in FIG. **1** includes a central processing unit (CPU) **10**, other memory and system components **11**, an imaging array sensor **12**, an interface **13** in accordance with the present invention and a video clock generator **14**. The CPU **10**, components **11** and interface **13** all have access to a system data bus **15** and are controlled by the CPU **11** via the system control and address bus **16**. The clock generator **14** provides pixel clock signals $C_P$ to the imaging array sensor **12**. The interface **13** is further connected to the CPU **10** through an interrupt bus **17** by which the CPU **10** is signalled that data is available for it to upload.

In accordance with the present invention, the interface **13** stores data and clocking signals from the imaging array sensor **12** in order to free up the CPU **10** for other processing. In addition, the full economic and commercial advantage of CMOS technology may be gained by integrating the interface **13** on the same die as the imaging array sensor **12**.

An embodiment of the interface **13** is illustrated as a block diagram in FIG. **2**. The imaging array sensor **12** includes an imaging array **21** which is an array of active photosensitive pixels with access control as will be described further with reference to FIG. **3**. The imaging array **21** further includes an array address generator **22** which generates the column addresses $A_C$, the row addresses $A_R$, the row clock $C_R$ and the frame clock $C_F$ as will be described further with reference to FIG. **4**.

Referring to FIG. **3**, the array **30** of pixels **33** is organized in rows **31** and columns **32**. Each pixel **33** is located at the intersection of a row **31** and a column **32**. The row control lines **34** provide access to a row **31** of pixels **33**. The row line **34** is driven by the row drivers **35** in response to the row address signal $A_R$. Each selected pixel **33** asserts data onto its own column data line **36** when accessed. The data on lines **36** is amplified by column amplifiers and second stage amplification in unit **37**. Unit **37** further selects the column **32** as determined by column address $A_C$ from which array data $D_A$ is placed on the array output **38**.

Referring to FIG. **4**, the array address generator **22** is shown in greater detail. The column address $A_C$ is generated by a column counter **41** which is incremented by the video system clock $C_P$. The maximum number of sequential addresses generated by the column counter **41** will depend on the number of columns in the imaging array **21**, however the actual number of sequential addresses generated by the column counter **41** will be determined by the column boundary signal $B_C$ which is controlled by the CPU **10** as will be described later. The row clock $C_R$ is generated by the overflow of the column counter **41**. The row counter **42** generates the row address signal $A_R$ based on the row clock signal $C_R$ and the row boundary signal $B_R$. The maximum number of sequential addresses generated by the row counter **42** will depend on the number of rows in the imaging array **21**, however the actual number of sequential addresses generated by the row counter **42** will be determined by the row boundary signal $B_R$ which is controlled by the CPU **10** as will be described later. The row clock $C_R$ is also applied

| 5 | 6 |

to an output **43** from the array address generator **22**. The row counter **42** also generates a frame signal $C_F$ based on count overflow.

Referring again to FIG. **2**, the interface **13** includes a memory **44** as well as devices **45** to **49** required to support the memory **44**. In this particular embodiment, memory **44** is a first-in first-out (FIFO) buffer memory. FIFO buffer **44** receives array data $D_A$ from the imaging array, clocking signals $C_P$ from the video clock generator **14** and clocking signals $C_R$ and $C_F$ from the array address generator **22**. FIFO buffer **44** is shown in greater detail in FIG. **5**. The imaging array **21** output $D_A$, row clock $C_R$ and frame clock $C_F$ are bundled onto a single bus **51** for storage in the buffer **44**. The storage components of the FIFO buffer **44** are registers **52** arranged as a shift register series **53**. Since the total number of valid outputs may vary due to the differing rates of storage and access, the bus **51** is connected to each register **52**. An increment/decrement counter **54** is used to count the occurrences of FIFO buffer **44** writes and FIFO buffer **44** reads. Counter **54** has access to the pixel clock $C_P$ and a FIFO read signal $S_R$. The FIFO counter **54** output $S_C$ is applied to buffer output **55** and to the Register address decoder **56**. The decoder uses the counter output $S_C$ and pixel clock $C_P$ in determining when to assert the appropriate register write signal on lines **57**. The read signal $S_R$ is connected to the shift registers **52** to shift the registers by a number of registers depending on the read signal $S_R$ value. The same number of registers, from the end of the buffer, asserts data $D_I$ on the system data bus **15** during this operation.

There are basically three types of FIFO buffers, each of which may be used with the present invention. The first type of buffer **44** is the one shown in FIG. **5** where stored data is removed from buffer register series **53** from the first register **53** on the right hand end and data from the bus **51** is written into the last available shift register **52** from the left end of the buffer register series **53**. A second type of buffer is one where the data is written into the first register on the left hand end of the buffer register series and data is taken out of the buffer register series from the first register with data in the series looking at it from the right end of the register series. The third type of buffer is one in which data from the data bus is written into the last available shift register looking from the left end of the buffer register series and data is taken out of the buffer register series from the first register with data in the series looking at it from the right end of the register series. In all three cases, data is removed from the buffer in the same sequence that it is entered into the buffer.

Referring again to FIG. **2**, the interface **13** includes devices **45** to **49** to support the FIFO buffer **44**. The devices include a Chip Command Decoder **45**, FIFO Configuration Registers **46**, FIFO Read Control, an Interrupt Generator **48** and Array Registers **49**.

The CPU **10** accesses the registers **46** and **49** and FIFO buffer **44** through the Chip Command Decoder **45** by asserting the necessary read or write commands, along with the address on the system address and command bus **16**. The command decoder **45** identifies any buffer or register being addressed and asserts the necessary read or write signal on the FIFO read control **47** line **56**, the FIFO configuration register **46** command bus **57**, or the array register **49** command bus **58**. The signal on line **56** permits the FIFO read control **47** to generate a FIFO read signal $S_R$ in response the output bus width signal $S_{BW}$. Variation of the FIFO **44** output bus width register provides compatibility with a variety of system bus configurations such as 8-bit or 32-bit.

The FIFO configuration registers **46** include the FIFO output bus width, the FIFO limit value, the FIFO interrupt mask, and the FIFO interrupt register. All of these registers are connected to the system data bus **15** and are read/write capable, except the FIFO interrupt register, which is read only and determines its value from the interrupt generator as signal $S_I$. The reading and writing of these registers is controlled by the FIFO register command bus **57**. The output of the FIFO configuration registers include FIFO limit signal $S_L$ from the FIFO limit register, the interrupt enable signal $S_E$ from the FIFO interrupt mask, and the output bus width signal $S_{BW}$ from the FIFO output bus width register.

The interrupt generator **48** compares the FIFO counter output $S_C$ and the FIFO limit $S_L$. If $S_C \geq S_L$ and if the interrupt enable signal $S_E$ is valid, the generator **48** asserts the interrupt signal $S_I$ to the CPU **10** via the interrupt bus **17**. The use of an interrupt signal $S_I$ as an interrupt to the CPU **10** allows the processor to multi-task. It performs a buffer **44** unload operation when the interrupt is asserted, and carries out other programmed tasks at all other times.

Access to the array registers **49** is controlled by the array register command bus, **58**. Data is exchanged with the system data bus **15**. The content of the registers **49** defines the number of rows and columns to be employed in the imaging array **21**. This information is communicated to the array address generator **22** by the row and column boundary signals $B_R$ and $B_C$.

The above interface **13** signals the CPU **10** through the interrupt signal $S_I$ when it has an amount of data approaching the limits of its storage capacity. The CPU then responds by having the data downloaded onto the system bus **15**. It is important for the CPU to respond to the interface faster then the imaging array **21** can generate data. In addition, the size of the FIFO buffer **44** will also depend on the latency of the CPU **10**, since during the period of time required by the CPU **10** to respond to the interrupt signal $S_I$, data is being stored in the buffer **44**. The faster that the CPU **10** is able to respond to the interrupt and accept the downloaded data, the smaller the buffer **44** can be and the less space that it will require if integrated on the die with the imaging array **21**. However, in real time control applications, it is important that the interface **13** and the CPU **10** be matched so that the data from all frames scanned by the imaging array **21** is properly and completely transferred to the CPU **10**. This requirement may be relaxed somewhat for camera type applications where the necessity of capturing all frames is not required.

In a further embodiment of the present invention as illustrated in FIG. **6**, the interface **73** would interact with the CPU **10** and other system components through a bus arbitration unit **61**. Rather then send an interrupt signal $S_I$ to the CPU **10**, the interface **73** sends a bus request signal $S_{BR}$ to the bus arbitration unit **61** and receives an arbitration acknowledgement signal $S_{AA}$ when the bus **15** is available to it for downloading data. As illustrated in FIG. **6**, the other units, CPU **10** and components **11** in the system have their own arbitration request lines **62** and arbitration acknowledgement lines **63**. The Bus Arbitration Unit **61** receives all the requests for the bus **15** and selects one unit that is acknowledged as the current bus master.

The required components in the interface **73** that are required in order for it to be compatible with a bus arbitration system are shown in FIG. **7**. A Bus Request Generator **64** functions in the same manner as the Interrupt Generator **48** shown in FIG. **2**. A bus request signal $S_{BR}$ is generated in the same manner as the interrupt $S_I$. If $S_C \geq S_L$ and the bus request enable signal $S_{BE}$ is valid, the generator **64** asserts the bus request signal $S_{BR}$ to the bus arbitration unit **61**.

An arbitration acknowledge signal $S_{AA}$ notifies the interface **73** that the interface **73** may assert command of the bus

**15**. The arbitration acknowledge signal $S_{AA}$ is applied to the chip command decoder **45** and a bus command unit **65**. The arbitration acknowledge signal $S_{AA}$ deactivates the command decoder **45** for the duration that the interface controls the bus **15**. On receiving the arbitration acknowledge signal $S_{AA}$, the bus command unit **65** will activate an output address unit **66** via the request output address signal $S_{AR}$ and receive from it the next address on the output address signal $S_{AN}$. This address is sent out onto the system address and control line **16**. At the same time the bus command unit **65** asserts the necessary read or write signal on the FIFO read control **47** line **67**.

The address may represent a location in the CPU **10**, however, one advantage of this arrangement is that the address may be to a location in one of the system components **11** such as a memory so that the data may be stored in the system for processing by the CPU **10** without the CPU **10** being disturbed to make the transfer. The output address unit **66** contains a register and increment circuit for the purpose of recording and updating this address. The addresses in the output address unit **66** are transferred to the address registers through bus **15** under the control of a signal from CPU **10** on the system control and address bus **16** through command decoder **45**.

As stated previously, the imaging array sensor **12** and the interface may be integrated onto one die. However, in addition, the Bus Arbitration Unit **61** may also be integrated onto the same die, and thus the bus arbitration request and acknowledge signals on lines **62** and **63** become external signals of the integrated unit.

In a further embodiment of the present invention, the memory in the interface **83** may be an addressable memory **81** as shown on FIG. **8**. For purposes of writing to memory **81** from the imaging array **21** the row and frame clocks $C_R$ and $C_F$ serve as row and column addresses. The video system clock $C_P$ serves as a write clock. Thus the memory **81** records the imaging array output $D_A$ at the same rate as the imaging array **21**, and in the same array order as the imaging array **21**.

For reading purposes, the read control signal $S_R$ provides the necessary address information, bus width information and read control timing. The memory read control **82** derives this information from the memory configuration registers **84** via the output bus width signal $S_{BW}$ and from the command decoder **45** via the read enable and read address bus **16** and through line **85**. The memory configuration registers **84** are identical to the FIFO configuration registers **46**. The memory **81** also includes an increment/decrement counter similar to counter **54** to interface with the interrupt generator **48**. In addition, the interface **83** may be adapted for use with a bus arbitration unit **61** in the same manner that the interface **73** has been adapted as described in conjunction with FIG. **7**.

Though the use of an addressable memory **81** in interface **83** does not provide the size, simplicity and lower cost of a FIFO memory, the fact that the memory is addressable allows the CPU to select parts or patterns from each frame for processing though the memory **81** would normally hold one frame which would be refreshed with each scan.

While the invention has been described according to what is presently considered to be the most practical and preferred embodiments, it must be understood that the invention is not limited to the disclosed embodiments. Those ordinarily skilled in the art will understand that various modifications and equivalent structures and functions may be made without departing from the spirit and scope of the invention as defined in the claims. Therefore, the invention as defined in the claims must be accorded the broadest possible interpretation so as to encompass all such modifications and equivalent structures and functions.

What is claimed is:

1. An interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system comprising:
   a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals;
   a signal generator for generating a signal for transmission to the processor system in response to the quantity of data in the memory; and
   a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system.

2. An interface as claimed in claim **1** wherein the memory is a first-in first-out (FIFO) buffer.

3. An interface as claimed in claim **2** wherein the signal generator generates an interrupt signal for transmission to the processor system.

4. An interface as claimed in claim **3** wherein the circuit for controlling the transfer of the data includes:
   a command decoder for receiving address and command signals from the processor system;
   a configuration register for storing configuration data for the FIFO buffer; and
   a read control for controlling the read-out of the FIFO buffer.

5. An interface as claimed in claim **4** wherein the interface further includes an array register for determining the dimension of the imaging array data.

6. An interface as claimed in claim **2** wherein the signal generator generates a bus request signal for transmission to a bus arbitration unit for the processor system.

7. An interface as claimed in claim **6** wherein the circuit for controlling the transfer of the data further includes:
   a command decoder for receiving address and command signals from the processor system;
   a configuration register storing configuration data for the FIFO buffer;
   a read control for controlling the read-out of the FIFO buffer; and
   a bus command unit for receiving control of the system bus and providing an address for the data read-out from the FIFO buffer.

8. An interface as claimed in claim **1** wherein the memory is an addressable memory.

9. An interface as claimed in claim **8** wherein the signal generator generates an interrupt signal for transmission to the processor system.

10. An interface as claimed in claim **9** wherein the circuit for controlling the transfer of the data includes:
    a command decoder for receiving address and command signals from the processor system;
    a configuration register for storing configuration data for the addressable memory; and
    a read control for controlling the read-out of the addressable memory.

11. An interface as claimed in claim **10** wherein the interface further includes an array register for determining the dimension of the imaging array data.

12. An interface as claimed in claim **8** wherein the signal generator generates a bus request signal for transmission to a bus arbitration unit for the processor system.

13. An interface as claimed in claim **12** wherein the circuit for controlling the transfer of the data further includes:
    a command decoder for receiving address and command signals from the processor system;

a configuration register storing configuration data for the addressable memory;
a read control for controlling the read-out of the addressable memory; and
a bus command unit for receiving control of the system bus and providing an address for the data read-out from the addressable memory.

14. An interface as claimed in claim 13 wherein the interface further includes an array register for determining the dimension of the imaging array data.

15. An integrated semiconductor imaging circuit for use with an electronic processing system having a data bus comprising:
an imaging array sensor having an array of sensing pixels and an array address generator integrated on a die; and
an interface integrated on the die for receiving data from the imaging array sensor as determined by the imaging array sensor and adapted to transfer the data to the electronic processing system as determined by the electronic processing system, the interface including:
a memory for storing imaging array data and address signals at a rate determined by the imaging array sensor; and
a circuit for controlling the transfer of the data from the memory to the data bus at a rate determined by the electronic processing system.

16. An integrated semiconductor imaging circuit as claimed in claim 15 wherein the memory includes a first-in first-out (FIFO) buffer.

17. An integrated semiconductor imaging circuit as claimed in claim 16 which further includes a bus arbitration unit coupled to the circuit for controlling the transfer of the data.

18. An integrated semiconductor imaging circuit as claimed in claim 16 which further includes a bus arbitration unit integrated on the die and coupled to the circuit for controlling the transfer of the data.

19. An integrated semiconductor imaging circuit as claimed in claim 16 wherein the memory includes an addressable memory.

20. An integrated semiconductor imaging circuit as claimed in claim 19 which further includes a bus arbitration unit coupled to the circuit for controlling the transfer of the data.

21. An integrated semiconductor imaging circuit as claimed in claim 19 which further includes a bus arbitration unit integrated on the die and coupled to the circuit for controlling the transfer of the data.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,972,790 B2                                                                Page 1 of 1
DATED         : December 6, 2005
INVENTOR(S)   : Mark Suska

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Column 10,</u>
Line 2, after "claim", delete "16" and insert -- 15 --.

Signed and Sealed this

Thirtieth Day of May, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 6,972,790 B2                                    Page 1 of 1
APPLICATION NO. : 09/742723
DATED                 : December 6, 2005
INVENTOR(S)       : Mark Suska

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Column 10,</u>
Line 14, after "claim", delete "16" and insert --15 --.

This certificate supersedes Certificate of Correction issued May 30, 2006.

Signed and Sealed this

Twenty-fifth Day of December, 2007

*JON W. DUDAS*
*Director of the United States Patent and Trademark Office*