IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 6:21-cv-00423-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Hitachi Kokusai Electric, Inc.,** | |
| Defendant. | |

**PLAINTIFF'S MOTION TO WITHDRAW AFFIDAVIT OF SERVICE**

1. Plaintiff Cedar Lane Technologies Inc. ("Plaintiff") seeks to withdraw the document filed in this action.

2. Plaintiff's affidavit of service on Defendant Hitachi Kokusai Electric, Inc. ("Defendant") [DE 7] was filed on May 17, 2021.

3. The parties have a dispute over service. In order to facilitate the speedy resolution of the matter, Defendant has requested that Plaintiff withdraw the affidavit of service.

4. Plaintiff intends to promptly seek an alternative means of service.

5. Plaintiff therefore respectfully requests that the Court grant this request, allowing Plaintiff to withdraw the affidavit of service on Defendant [DE 7].

Dated: May 27, 2021                Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr, Suite 645
Alexandria, VA 22315

1

7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Cedar Lane Technologies Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on May 27, 2021 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff
